UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | DOCKET NO.: 3:90CR99-W |
|---|---|
| v. | ORDER AND NOTICE OF HEARING |
| JEROME SEBASTIAN GOODSON | |

THIS MATTER is before the Court on the Government's "Notice of Appeal and Motion for Revocation and Stay of Magistrate Judge's Release Order," filed January 14, 2008. On the same date, Defendant was brought before a Magistrate Judge in the Western District of North Carolina for his detention hearing. The Magistrate Judge ordered Defendant be released on bond and set forth the conditions of such release.

Pursuant to 18 U.S.C. § 3145(a)(1), this Court will stay the Magistrate Judge's release order pending a ruling by this Court on the Government's motion to revoke the release order.

IT IS, THEREFORE, ORDERED that the Government's motion to stay (Doc. No. 2) is hereby GRANTED, and the defendant shall be DETAINED until further order of this Court.

IT IS FURTHER ORDERED and the parties are to TAKE NOTICE that a hearing on the Government's Motion for Revocation will take place on **Tuesday, January 15, 2008, at 10:15 a.m.** in Courtroom #1.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service, and the United States Attorney's Office.

Signed: January 14, 2008

Frank D. Whitney
United States District Judge